# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

HUGH DUCKWORTH

*Plaintiff*

v.

Civil Action No.: 1:17-CV-11169-FDS

R3 EDUCATION, INC., ET AL.

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   R3 Education, Inc.
27 Jackson Rd, Suite #300
Devens, MA 01434

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ — Taylor Halley

*Signature of Clerk or Deputy Clerk*



ISSUED ON 2017-06-23 15:32:15.0, Clerk USDC DMA

Civil Action No.: **1:17-CV-11169-FDS**

## PROOF OF SERVICE



**Middlesex Sheriff's Office** • Civil Division, P.O. Box 410180, Cambridge, MA 02141-0002 • (617) 547-1171

*Middlesex, ss.*

August 7, 2017

I hereby certify and return that on 8/4/2017 at 3:30 PM I served a true and attested copy of the SUMMONS, AMENDED COMPLAINT, CIVIL ACTION COVER SHEET, CATEGORY FORM in this action in the following manner: To wit, by delivering in hand to KATHY FLANDERS, agent, person in charge at the time of service for R3 EDUCATION, INC., at 27 JACKSON Road SUITE 300 DeVENS, MA 01434 . Fees: Attest ($5.00) Basic Service Fee ($30.00) Postage and Handling ($1.00) Travel ($17.20) Conveyance ($4.50) Total: $57.70

_____
Deputy Sheriff

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

_____          _____
Date                                Server's Signature

                                    _____
                                    Printed name and title

                                    _____
                                    Server's Address

Additional information regarding attempted service, etc: