UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DR. HUGH DUCKWORTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-11169-FDS |
| | ) | |
| R3 EDUCATION, INC., f/k/a | ) | |
| EIC HOLDING, INC., f/k/a, | ) | |
| EIC ACQUISITION CORPORATION, | ) | |
| STEVEN C. RODGER, and | ) | |
| TERRY J. MOYA | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT R3 EDUCATION, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

Defendant, R3 Education, Inc. ("R3"), certifies that Equinox EIC Partners LLC owns a majority

interest in R3 and that no publicly held corporation owns 10% or more of R3's stock.

R3 EDUCATION, INC., ET AL.,

/s/ Daryl J. Lapp

_____
Daryl J. Lapp (BBO #554980)
  daryl.lapp@lockelord.com
Katherine A. Guarino (BBO #681848)
  katherine.guarino@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
August 24, 2017                            617-239-0100

AM 66948551.1

- 2 -

**Certificate of Service**

I certify pursuant to Local Rule 5.2(b) that on August 24, 2017, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.


/s/ Daryl J. Lapp
_____

Daryl J. Lapp

AM 66948551.1