# Exhibit C

EXHIBIT B
(to Securityholders Agreement)

## JOINDER TO SECURITYHOLDERS AGREEMENT

The undersigned wishes to receive certain shares (the "**Shares**") of the Common Stock, par value $.001 per share, of **EIC ACQUISITION CORP.**, a Delaware corporation (the "**Company**"), upon the terms and conditions of a certain [**DESCRIBE AGREEMENT**], dated as of [_____] (the "**Agreement**");

The Company has conditioned the issuance of the Shares to the undersigned upon the express acknowledgment and agreement of the undersigned that the Agreement and the Shares are subject to that certain Securityholders Agreement, dated as of April 3, 2007 among the Company and the stockholders and other signatories thereto (as the same be amended and supplemented from time to time, the "**Securityholders Agreement**"); and

The undersigned has been given a copy of the Securityholders Agreement and afforded ample opportunity in which to read it, and the undersigned is thoroughly familiar with its terms;

NOW, THEREFORE, in consideration of the premises and to induce the Company to permit the undersigned to receive the Shares, the undersigned does hereby acknowledge and agree that (i) the undersigned has been given a copy of the Securityholders Agreement and ample opportunity in which to read it, and the undersigned is thoroughly familiar with its terms, (ii) the Agreement and the Shares are subject to the Securityholders Agreement, (iii) [**the transferor of the Shares is [a Management Stockholder/or Other Securityholder] as that term is defined and used in the Securityholders Agreement and (iv)** the undersigned shall be a "Securityholder" and as transferee, a [**Management Stockholder/or Other Securityholder**] as those terms are defined and used in the Securityholders Agreement, and [(iv)/(v)] the undersigned does hereby agree fully to be bound thereby.

This 10 day of December 2008

Name: Hugh K. Duckworth MD
Address: 8567 Coral Way #599
Miami, FL 33155

PRV_856397 7/CGRAHAM