# Exhibit D

## SEARCHES

Desks and other storage devices may be provided for the convenience of employees, but they remain the sole property of the R3 Education Inc. Therefore, they may be inspected by any representative of the organization at any time either with or without prior notice.

## DRUG-FREE WORKPLACE

R3 Education Inc. supports a Drug and Alcohol free environment.

No employee shall work, report to work or be present on R3 Education Inc. property, or engage in R3 Education Inc. activities while under the influence of illegal drugs, or controlled substances, which affect job safety, performance, or judgment. The unlawful manufacture, distribution, dispensation, possession, sale or use of any illegal or controlled substance on R3 Education Inc. premises or while engaged in R3 Education Inc. activities are prohibited. The use or possession of alcoholic beverages on R3 Education Inc. property or premises (except for authorized events) is also prohibited. Reporting to work or being under the influence of alcohol while performing one's job assignment is also prohibited. Any violation of this policy will result in disciplinary action up to and including immediate termination.

R3 Education Inc. reserves the right to take any and all appropriate and lawful actions necessary to enforce this substance abuse policy, including but not limited to, the inspection of the employee's personal property, offices, desks or other suspected areas of concealment. Full compliance with this policy is a condition of employment and continued employment.

## TOBACCO

R3 Education Inc. wishes to promote the health and safety of employees in the workplace. Smoking or chewing tobacco is permitted only in designated outside areas.

## ACCIDENT REPORTING/FIRST AID

All employees are covered by a comprehensive workers' compensation insurance program at no cost to employees. This program covers any injury or illness sustained by an employee arising out of and in the course of employment. You must report any accident, even minor injuries, that occur on Company premises or on Company business to your manager <u>immediately or as soon as possible without putting yourself and others at risks.</u>

There are first aid kits in each wing of the office. You should familiarize yourself with their location and contents.