# Exhibit F

# R3 EDUCATION INC.

ONE JACKSON PLACE, 27 JACKSON ROAD, SUITE 300, DEVENS, MA 01434.
TEL. (978) 862-9400 - FAX (978) 862-9499

July 14, 2014

Dr. Hugh Duckworth
23 Walnut Street
Devens, MA 01434

    Re:    Termination of employment and stock repurchase

Dear Hugh:

Your employment with R3 Education Inc. (the "Company") is being terminated effective August 15, 2014. The termination is for cause, in accordance with Paragraph 8 of the terms and conditions of our letter agreement ("Letter Agreement") dated July 1, 2013 (Re: Agreement Concerning Continued Employment). Your final payroll deposit, which represents all compensation and other amounts owed to you through the termination date of August 15, 2014, subject to all applicable deductions and withholdings, shall be sent via direct deposit to your normal payroll bank account. Included in that final amount is the purchase price for your Stock as stated below. You will receive information directly from ADP regarding health insurance continuation under COBRA and unemployment compensation.

By your execution of a Joinder to Securityholders Agreement dated December 10, 2008, you became a party to that certain Securityholders Agreement among the Company and its securityholders dated as of April 3, 2007, as amended to date (the "Securityholders Agreement"). Pursuant to Section 12.a. of the Securityholders Agreement, upon the occurrence of a "Call Event" (as defined in the Securityholders Agreement), such as your termination for cause, the Company has the right to purchase, and you have the obligation to sell, all, but not less than all, of the shares of Company stock acquired by you pursuant to options granted under the EIC Holding Inc. 2007 Stock Plan (the "Plan"). Pursuant to the exercise of those options, you hold 319 shares of common stock of the Company (the "Stock"). Pursuant to Section 12.c. and Schedule 2 of the Securityholders Agreement, the purchase price payable by the Company for the Stock is $0.001 per share, which is the lower of the "Initial Value" and "Book Value" of the Stock (as such terms are defined in the Securityholders Agreement). Initial Value, for purposes of Section 12 of the Securityholders Agreement, is $0.001 per share, representing the amount you paid for each share of Stock upon exercise of the options. Accordingly, the total purchase price payable by the Company for your Stock is $0.319 or $0.32 (rounded). This amount will be included with your final payroll deposit.

Pursuant to Section 12.e. of the Securityholders Agreement, you and I are to arrange a closing, at which you will deliver the required certificates representing the shares to be purchased and at which the Company will deliver the purchase price. Because the Company is in possession of the certificates for all optionholders who have exercised their options, and the purchase price of $0.32 is included in your final deposit sent via direct deposit, a physical closing is not necessary. Rather, the closing will be deemed to have occurred as of August 15, 2014, at which time the certificate evidencing your Stock will be cancelled.

SABA UNIVERSITY SCHOOL OF MEDICINE    ST. MATTHEW'S UNIVERSITY    MEDICAL UNIVERSITY OF THE AMERICAS

# R3 EDUCATION INC.

ONE JACKSON PLACE, 27 JACKSON ROAD, SUITE 300, DEVENS, MA 01434.
TEL. (978) 862-9400 - FAX (978) 862-9499

This will also reconfirm that all remaining vested and unvested options originally granted you under the option agreements, and all of your rights to the issuance of shares thereunder, were forfeited and cancelled pursuant to the Letter Agreement.

Thank you in advance for your anticipated cooperation.

Sincerely,

*[signature]*

Jerry I Moya

SABA UNIVERSITY SCHOOL OF MEDICINE    ST. MATTHEW'S UNIVERSITY    MEDICAL UNIVERSITY OF THE AMERICAS