UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. HUGH DUCKWORTH, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 1:17-cv-11169-FDS |
| R3 EDUCATION, INC., f/k/a<br>EIC HOLDING, INC., f/k/a,<br>EIC ACQUISITION CORPORATION,<br>STEVEN C. RODGER, and<br>TERRY J. MOYA | ) |
|     Defendants. | ) |

**NOTICE OF ADDITIONAL APPEARANCE**

Please enter the additional appearance of Katherine A. Guarino (BBO #681848), Locke Lord LLP, 111 Huntington Avenue, Boston, MA 02199, as counsel for the Defendants, R3 Education, Inc., Steven C. Rodger, and Terry J. Moya.

                                      Respectfully submitted,

                                      /s/ Katherine A. Guarino

                                      Daryl J. Lapp (BBO #554980)
                                        daryl.lapp@lockelord.com
                                      Katherine A. Guarino (BBO #681848)
                                        katherine.guarino@lockelord.com
                                      LOCKE LORD LLP
                                      111 Huntington Avenue
                                      Boston, MA 02199

August 25, 2017                      617-239-0100

AM 66953553.1

**Certificate of Service**

      I certify pursuant to Local Rule 5.2(b) that on August 25, 2017, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

      /s/ Katherine A. Guarino
      _____
      Katherine A. Guarino

AM 66953553.1