UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. HUGH DUCKWORTH, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 1:17-cv-11169-FDS |
| R3 EDUCATION, INC., f/k/a<br>EIC HOLDING, INC., f/k/a,<br>EIC ACQUISITION CORPORATION,<br>STEVEN C. RODGER, and<br>TERRY J. MOYA | ) |
|     Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Pursuant to Local Rule 7.1(b)(3), Defendants hereby request leave of Court to file a brief reply memorandum in support of their Motion to Dismiss. The grounds for the motion are as follows:

1.  In his opposition to Defendants' motion, filed on September 8, 2017 (Dkt. No. 11), Plaintiff has cited a number of cases that Defendants maintain are distinguishable or otherwise inapposite, and Defendants believe that a brief reply addressing Plaintiff's arguments will assist the Court in resolving the issues presented.

2.  The reply memorandum will be no more than seven pages in length.

3.  Plaintiff does not oppose this motion for leave to file a reply.

WHEREFORE, Defendants' motion for leave to file a reply should be allowed.

|  |  |
|---|---|
|  | R3 EDUCATION, INC., ET AL., |
|  | /s/ Katherine A. Guarino |
|  | Daryl J. Lapp (BBO #554980) |
|  | daryl.lapp@lockelord.com |
|  | Katherine A. Guarino (BBO #681848) |
|  | katherine.guarino@lockelord.com |
|  | LOCKE LORD LLP |
|  | 111 Huntington Avenue |
|  | Boston, MA 02199 |
| September 14, 2017 | 617-239-0100 |

**Certificate of Compliance with Local Rule 7.1(a)(2)**

I certify pursuant to Local Rule 7.1(a)(2) that on September 14, 2017 counsel for Defendants conferred with counsel for Plaintiff with the result that Plaintiff does not oppose this motion.

/s/ Katherine A. Guarino

Katherine A. Guarino

**Certificate of Service**

I certify pursuant to Local Rule 5.2(b) that on September 14, 2017 this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

/s/ Katherine A. Guarino

Katherine A. Guarino

AM 67172048.3