UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUGH DUCKWORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 17-11169-FDS |
| ) | |
| R3 EDUCATION, INC., ) | |
| STEVEN C. RODGER, and ) | |
| TERRY J. MOYA, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

SAYLOR, J.

For the reasons stated in the Court's Memorandum and Order of November 9, 2017, it is hereby ORDERED that the above-entitled action be dismissed.

SO ORDERED.
BY THE COURT:

December 19, 2017
Date

/s/ Lisa Pezzarossi
Deputy Clerk